**Name and Address:** Eric Gerold, 37 143 Greenmeadow Circle, Bay Point, Ca

FILED 07 OCT 29 PM 1:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No.: C 07 5493

**Plaintiff / Petitioner:** Eric Gerold

VS.

**Defendant / Respondent:** Yakima Memorial Hospital

Document Name: E-Filing

---

Upon my visit to Yakima memorial I told them I was fearful a somekind of implant, a Bug or something ? they told me I was crazy ? put me in ~~~~ They did nothing ; said I was crazy putting me under observation for 3 days.

Eric Gerold