FILED
07 OCT 29 PM 1:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 5493

Eric Gerold

Plaintiff,

vs.

Yakima Memorial Hospital

Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

JL

I, _____Eric Gerold_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                          Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7         a.   Business, Profession or                Yes ___  No ✓

8              self employment?

9         b.   Income from stocks, bonds,             Yes ___  No ✓

10             or royalties?

11        c.   Rent payments?                         Yes ___  No ✓

12        d.   Pensions, annuities, or                Yes ___  No ✓

13             life insurance payments?

14        e.   Federal or State welfare payments,     Yes ✓   No ___

15             Social Security or other govern-

16             ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.   Are you married?                              Yes ___  No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____   Net $_____

26 4.    a.   List amount you contribute to your spouse's support:$ _____

27       b.   List the persons other than your spouse who are dependent upon you for support

28            and indicate how much you contribute toward their support.  (NOTE: For minor

1     children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.     Do you own or are you buying a home?     Yes ____ No ✓

5   Estimated Market Value: $_____/_____ Amount of Mortgage: $_____/_____

6   6.     Do you own an automobile?         Yes ____ No ✓

7   Make _____/_____ Year _____ Model _____

8   Is it financed? Yes __✓__ No _____ If so, Total due: $ _____/_____

9   Monthly Payment: $ _____

10   7.     Do you have a bank account? Yes __✓__ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: ___Well Fargo Bank_____

12 _____

13   Present balance(s):  $ _____

14   Do you own any cash?  Yes ____ No ✓ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)                                             Yes ____ No ____

17 _____

18   8.     What are your monthly expenses?

19   Rent: $ _____800.00_____ Utilities: ____/_____

20   Food: $ _____/_____ Clothing: ____/_____

21   Charge Accounts:

22   Name of Account        Monthly Payment        Total Owed on This Account

23 _____  $ _____  $ _____

24 _____  $ _____  $ _____

25 _____  $ _____  $ _____

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28 _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes / No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Aug 24, 2007                    Eric Gerald
DATE                             SIGNATURE OF APPLICANT