UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC GEROLD,  No. C 07-5493 JL

    Plaintiff,

    v.  **ORDER**

YAKIMA MEMORIAL,

    Defendants.
_____/

    The Court received Plaintiffs' application to file in forma pauperis ("IFP") without payment of the $350 filing fee. However, Plaintiff's application is incomplete, in that he omitted the source and amount of his income. He checked "Yes" that he receives income from "Federal or State welfare payments, Social Security or other government source," but did not specify the type or amount of the monthly payment.

    Accordingly, Plaintiff's application is denied without prejudice, and he is hereby given a one-month extension to complete his application by stating the source and amount of his monthly income. Plaintiff also checked "Yes" that he has a bank account, and identified Wells Fargo as his bank, but failed to enter an amount. Plaintiff shall also provide that information. Plaintiff likewise checked "Yes" that his complaint which he is seeking to file raises claims that have been presented in other lawsuits, but does not list the case names

and numbers of the prior lawsuits and the names of the courts in which they were filed. Plaintiff shall provide this as well.

Plaintiff shall provide the information listed above on or before December 31, 2007. If Plaintiff fails to do so, this Court will refer his case for reassignment to a district judge, with the recommendation that the IFP application be denied.

IT IS SO ORDERED.

DATED: November 30, 2007

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-5493-amend-ifp.wpd