it 4   Filed 11/30/2007   Page 1 of 2

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Eric Gerold
143 Green Meadow Circle
Bay Point, CA 94565

NIXIE       945    DE   1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 94102348999      *2905-04845-28-23

RECEIVED
DEC 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

:TATES DISTRICT COURT

I DISTRICT OF CALIFORNIA

No. C 07-5493 JL

**ORDER**

___/

application to file in forma pauperis ("IFP") without
ver, Plaintiff's application is incomplete, in that he
 income. He checked "Yes" that he receives income
ents, Social Security or other government source," but
the monthly payment.
tion is denied without prejudice, and he is hereby given
his application by stating the source and amount of his
d "Yes" that he has a bank account, and identified
 enter an amount. Plaintiff shall also provide that
d "Yes" that his complaint which he is seeking to file
ted in other lawsuits, but does not list the case names

28