## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:47-10:50
Date: **February 7, 2008**                                     (3 min)

Case No: **C07- 5493 JL**

Case Name: **Eric Gerold v. Yakima Memorial Hospital**

Plaintiff  Attorney(s): not present
Defendant Attorney(s):not present

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[X ]  Case Management Conference - not held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Court to issue order referring case for reassignment w/ recommendation of dismissal.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ] Court

Notes:


cc: Venice, Kathleen,